

| | | | |
|---|---|---|---|
| Com. v. Collazo | 2970 EDA 2015 Affirmed | 06/14/2016 | CP–48–CR–0001202–2012 (Northampton) |
| Com. v. Zavala–Zavala | 3095 EDA 2015 Affirmed | 06/14/2016 | CP–15–CR–0000909–2013 (Chester) |
| Com. v. Watson | 3342 EDA 2015 Affirmed | 06/14/2016 | CP–15–CR–0004440–2012 (Chester) |
| In re Propert | 3428 EDA 2015 Affirmed | 06/14/2016 | 2015–X3127 (Montgomery) |
| Com. v. Echevarria | 3466 EDA 2015 Affirmed | 06/14/2016 | CP–48–CR–0002843–2014 (Northampton) |
| Com. v. Aybar | 1224 MDA 2014 Vacated and Remanded | 06/14/2016 | CP–06–CR–0002843–2014 (Berks) |
| Com. v. Deleon | 1100 MDA 2015 Affirmed Application to Withdraw as Counsel Granted | 06/14/2016 | CP–35–CR–0001136–2014 (Lackawanna) |
| Com. v. Danser | 1611 MDA 2015 Affirmed Application to Withdraw as Counsel Granted | 06/14/2016 | CP–40–CR–0000277–2015 CP–40–CR–0000770–2014– CP–40–CR–0000832–2015 CP–40–CR–0001773–2013 CP–40–CR–0004284–2013 CP–40–CR–0004292–2013 (Luzerne) |
| Com. v. Lane | 1692 MDA 2015 Affirmed | 06/14/2016 | CP–29–CR–0000001–2011 (Fulton) |
| Com. v. Clowney | 1798 MDA 2015 Affirmed Application to Withdraw as Counsel Granted | 06/14/2016 | CP–35–CR–0000958–2015 (Lackawanna) |
| Com. v. Callahan | 1934 MDA 2015 Quashed | 06/14/2016 | CP–06–SA–0000210–2015 (Berks) |
| In the Interest of: S.S.M. | 2227 MDA 2015 Affirmed | 06/14/2016 | CP–67–DP–0000086–2009 (York) |
| In the Interest of: J.G.K.M. | 2228 MDA 2015 Affirmed | 06/14/2016 | CP–67–DP–0000087–2009 (York) |